## VERIFICATION

I, <u>Charles Federman, Trustee, Booth Family Trust,</u> declare that I have reviewed the Complaint ("Complaint") prepared on behalf of XM Satellite Radio Holdings, Inc., and I authorize its filing. I have reviewed the allegations made in the Complaint, and to those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely on my counsel and their investigation and for that reason believe them to be true. I further declare that I am a current holder, and have been a holder, of XM Satellite Radio Holdings, Inc. common stock during the time period in which the wrongful conduct alleged and complained of in the Complaint was occurring.

5/3/06
Date

*(Signature of Investor)* Trustee
Booth Family Trust