AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Booth Family Trust, derivatively on
behalf of Nominal Defendant XM Satellite
Radio Holdings, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Gary M. Parsons, et al.

JUDGE: Emmet G. Sullivan

DECK TYPE: Contract

DATE STAMP: 05/05/2006

CASE NUMBER 1:06CV00833

TO: (Name and address of Defendant)

XM Satellite Radio Holdings, Inc.
SERVE:  Corporation Service Company
        1090 Vermont Avenue, N.W.
        Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kimberly A. Chadwick, Esquire
Doherty, Sheridan & Persian, L.L.P.
8408 Arlington Boulevard, Suite 200
Fairfax, Virginia 22031
(703) 698-7700

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         MAY - 5 2006
CLERK                              DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5-15-06 |
| NAME OF SERVER (PRINT) Jerry Burton | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: CSC Revee Rice Team Leader

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-15-06      Jerry Burton
             Date          Signature of Server

P.O. Box 68 Canham MD 20703-0068
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.