IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on )<br>Behalf of Nominal Defendant XM Satellite )<br>Radio Holdings, Inc., 34 Nelson Place, )<br>Tenafly, NJ 07670 )<br>           )<br>        Plaintiff,   )<br>           )<br>GARY M. PARSONS, HUGH PANERO, )<br>NATHANIEL A. DAVIS, THOMAS J. )<br>DONOHUE, EDDY W. HARTENSTEIN, )<br>GEORGE W. HAYWOOD, CHESTER A. )<br>HUBER, JR., JOHN MENDEL, JARL MOHN, )<br>JACK SHAW, 1500 Eckington Place NE, )<br>Washington, DC 20002 )<br>           )<br>        Defendants,   )<br>           )<br>and          )<br>           )<br>XM SATELLITE RADIO HOLDINGS, INC., )<br>1500 Eckington Place NE, Washington, DC 20002 )<br>           )<br>           )<br>        Nominal Defendant. )<br>_____) | **MOTION FOR EXTENSION<br>OF TIME TO ANSWER, MOVE,<br>OR OTHERWISE PLEAD**<br><br>Civ. A. No. 1:06-cv-00833-EGS |

Nominal Defendant XM Satellite Radio Holdings, Inc. ("XM") moves that this Court enlarge the time within which they must answer, move, or otherwise plead to the Complaint. In support of that motion, XM states as follows:

1.      XM was served in this action on or about May 16, 2006.

2.      XM's time to answer, move or otherwise plead in response to the Complaint has not yet expired and will expire on June 5, 2006.

-1-

3.  Since May 1, 2006, at least nine other individual complaints, styled as class actions, have been filed that name XM as a defendant. Although they vary in some respects, the complaints' factual allegations, legal theories, and causes of action are for all practical purposes identical. These complaints have been assigned to Judge Ellen S. Huvelle. The above-captioned case arises from the same set of factual allegations as do the complaints that have been assigned to Judge Huvelle. XM anticipates that it will shortly file a motion seeking the transfer of this case to Judge Huvelle as a related action, so that proceedings in the cases can be appropriately coordinated.

3.  XM has engaged Wilmer Cutler Pickering Hale and Dorr LLP to serve as their counsel. Counsel are familiarizing themselves with the facts underlying the complaints.

4.  This motion is being brought not for the purposes of delay, but rather as part of an effort to promote judicial economy and to preserve XM's rights pending the resolution of discussions with Plaintiff's counsel concerning scheduling and coordination of the lawsuits.

5.  XM seeks to enlarge by twenty-one (21) days from June 5, 2006 the amount of time in which they and any other defendants who may have been served are required to answer, move, or otherwise plead to the Complaint.

6.  Plaintiff's counsel has consented to this motion.

In light of the foregoing, XM respectfully requests that the attached proposed Order be entered.

                                      Respectfully submitted,

Dated: June 2, 2006                    WILMER CUTLER PICKERING HALE AND DORR LLP

                                      /s/ Christopher J. Herrling_____
                                      Charles E. Davidow, D.C. Bar No. 331702
                                      Christopher J. Herrling, D.C. Bar No. 354847
                                      John A. Valentine, D.C. Bar No. 473072
                                      Michael A. Mugmon, D.C. Bar No. 485150
                                      1875 Pennsylvania Avenue NW
                                      Washington, DC 20006
                                      Tel: (202) 663-6000
                                      Fax: (202) 663-6363

                                      *Attorneys for Nominal Defendant XM Satellite Radio*
                                      *Holdings Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on ) <br> Behalf of Nominal Defendant XM Satellite ) <br> Radio Holdings, Inc., 34 Nelson Place, ) <br> Tenafly, NJ 07670 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARY M. PARSONS, HUGH PANERO, ) <br> NATHANIEL A. DAVIS, THOMAS J. ) <br> DONOHUE, EDDY W. HARTENSTEIN, ) <br> GEORGE W. HAYWOOD, CHESTER A. ) <br> HUBER, JR., JOHN MENDEL, JARL MOHN, ) <br> JACK SHAW, 1500 Eckington Place NE, ) <br> Washington, DC 20002 ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> XM SATELLITE RADIO HOLDINGS, INC., ) <br> 1599 Eckington Place NE, Washington, DC 20002 ) <br> ) <br> ) <br> Nominal Defendant. ) <br> _____) | Civ. A. No. 1:06-cv-00833-EGS |

## **ORDER**

Upon consideration of Defendants' Motion for Extension of Time to Answer, Move, or Otherwise Plead, it is hereby ORDERED and the Motion is GRANTED and that Nominal Defendant XM Satellite Radio Holdings, Inc. and any other defendant who may have been served is relieved of the obligation to answer, move or otherwise plead in response to this Complaint for

twenty-one (21) days from June 5, 2006, or until June 26, 2006.


Date:_____           _____
                                            Judge Emmet G. Sullivan
                                            United States District Court

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 2, 2006, to:

      Kimberly A. Chadwick, Esq.
      Doherty, Sheridan & Persian LLP
      8408 Arlington Blvd., Suite 200
      Fairfax, VA 22031
      kchadwick@dsp-law.com

      William B. Federman, Esq.
      Federman & Sherwood
      120 North Robinson, Suite 2720
      Oklahoma City, OK 73102
      wfederman@aol.com

      /s/ Michael A. Mugmon_____
      Michael A. Mugmon
      WILMER CUTLER PICKERING
       HALE AND DORR LLP
      1875 Pennsylvania Avenue NW
      Washington, DC 20037
      Tel: (202) 663-6000
      Fax: (202) 663-6363