UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on Behalf of Nominal Defendant XM Satellite Radio Holdings, Inc., 34 Nelson Place, Tenafly, NJ 07670 )<br><br>Plaintiff, )<br><br>v. )<br><br>GARY M. PARSONS, HUGH PANERO, NATHANIEL A. DAVIS, THOMAS J. DONOHUE, EDDY W. HARTENSTEIN, GEORGE W. HAYWOOD, CHESTER A. HUBER, JR., JOHN MENDEL, JARL MOHN, JACK SHAW, 1500 Eckington Place NE, Washington, DC 20002 )<br><br>Defendants, )<br><br>and )<br><br>XM SATELLITE RADIO HOLDINGS, INC., 1500 Eckington Place NE, Washington, DC 20002 )<br><br>Nominal Defendant. ) | **APPEARANCE**<br><br><br>Civ. A. No. 1:06-cv-00833-EGS |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

-1-

Please enter the appearance of **CHRISTOPHER J. HERRLING** as counsel in this case for: XM Satellite Radio Holdings, Inc.

| | |
|---|---|
| June 2, 2006 | /s/ Christopher J. Herrling |
| Date | Signature |
| | |
| D.C. Bar No. 354837 | Christopher J. Herrling |
| BAR IDENTIFICATION | Print Name |

WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
 Tel: (202) 663-6000

-2-

<u>Certificate of Service</u>

  I hereby certify that I have served the foregoing APPEARANCE by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 2, 2006 to:

    Kimberly A. Chadwick, Esq.
    Doherty, Sheridan & Persian LLP
    8408 Arlington Blvd., Suite 200
    Fairfax, VA 22031
    kchadwick@dsp-law.com

    William B. Federman, Esq.
    Federman & Sherwood
    120 North Robinson, Suite 2720
    Oklahoma City, OK 73102
    wfederman@aol.com

          <u>/s/ Michael A. Mugmon</u>
          Michael A. Mugmon
          WILMER CUTLER PICKERING
           HALE AND DORR LLP
          1875 Pennsylvania Avenue NW
          Washington, DC 20037
          Tel: (202) 663-6000
          Fax: (202) 663-6363