UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on Behalf of Nominal Defendant XM Satellite Radio Holdings, Inc., 34 Nelson Place, Tenafly, NJ 07670 | ) ) ) ) **APPEARANCE** |
| Plaintiff, | |
| v. | Civ. A. No. 1:06-cv-00833-EGS |
| GARY M. PARSONS, HUGH PANERO, NATHANIEL A. DAVIS, THOMAS J. DONOHUE, EDDY W. HARTENSTEIN, GEORGE W. HAYWOOD, CHESTER A. HUBER, JR., JOHN MENDEL, JARL MOHN, JACK SHAW, 1500 Eckington Place NE, Washington, DC 20002 | |
| Defendants, | |
| and | |
| XM SATELLITE RADIO HOLDINGS, INC., 1500 Eckington Place NE, Washington, DC 20002 | |
| Nominal Defendant. | |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

-1-

Please enter the appearance of **CHARLES E. DAVIDOW** as counsel in this case for: XM Satellite Radio Holdings Inc.

| | |
|---|---|
| June 5, 2006_____ | /s/ Charles E. Davidow_____ |
| Date | Signature |
| | |
| D.C. Bar No. 331702_____ | Charles E. Davidow_____ |
| BAR IDENTIFICATION | Print Name |

WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
 Tel: (202) 663-6000

Certificate of Service

      I hereby certify that I have served the foregoing APPEARANCE by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 5, 2006 to:

      Kimberly A. Chadwick, Esq.
      Doherty, Sheridan & Persian LLP
      8408 Arlington Blvd., Suite 200
      Fairfax, VA 22031
      kchadwick@dsp-law.com

      William B. Federman, Esq.
      Federman & Sherwood
      120 North Robinson, Suite 2720
      Oklahoma City, OK 73102
      wfederman@aol.com

      /s/ Lisa Gasparott_____
      Lisa Gasparott
      WILMER CUTLER PICKERING
       HALE AND DORR LLP
      1875 Pennsylvania Avenue NW
      Washington, DC 20037
      Tel: (202) 663-6000
      Fax: (202) 663-6363