IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on Behalf of Nominal Defendant XM Satellite Radio Holdings, Inc., 34 Nelson Place, Tenafly, NJ 07670<br><br>    Plaintiff,<br><br>GARY M. PARSONS, HUGH PANERO, NATHANIEL A. DAVIS, THOMAS J. DONOHUE, EDDY W. HARTENSTEIN, GEORGE W. HAYWOOD, CHESTER A. HUBER, JR., JOHN MENDEL, JARL MOHN, JACK SHAW, 1500 Eckington Place NE, Washington, DC 20002<br><br>    Defendants,<br><br>    and<br><br>XM SATELLITE RADIO HOLDINGS, INC., 1500 Eckington Place NE, Washington, DC 20002<br><br>    Nominal Defendant. | **CORPORATE DISCLOSURE CERTIFICATE PURSUANT TO FED. R. CIV. P. 7.1 & LCvR 7.1**<br><br>Civ. A. No. 1:06-cv-00833-EGS |

 Certificate required by Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

> I, the undersigned, counsel of record for XM Satellite Radio Holdings, Inc. ("XM"), certify that to the best of my knowledge and belief, XM has no parent companies or subsidiaries that have any outstanding equity securities in the hands of the public. XM Satellite Radio Inc., a wholly owned subsidiary of XM, has outstanding debt securities in the hands of the public. General Motors Corporation is an XM affiliate that has outstanding securities in the hands of the public. American Honda Motor Co., Inc. is an XM affiliate and indirectly publicly held corporation that owns in excess of 10 percent of XM's stock.

- 2 -

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Dated: June 5, 2006                WILMER CUTLER PICKERING HALE AND DORR LLP

/s/ Charles E. Davidow
Charles E. Davidow, D.C. Bar No. 331702
Christopher J. Herrling, D.C. Bar No. 354847
John A. Valentine, D.C. Bar No. 473072
Michael A. Mugmon, D.C. Bar No. 485150
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for Nominal Defendant XM Satellite Radio Holdings Inc.*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 5, 2006, to:

      Kimberly A. Chadwick, Esq.
      Doherty, Sheridan & Persian LLP
      8408 Arlington Blvd., Suite 200
      Fairfax, VA 22031
      kchadwick@dsp-law.com

      William B. Federman, Esq.
      Federman & Sherwood
      120 North Robinson, Suite 2720
      Oklahoma City, OK 73102
      wfederman@aol.com

      /s/ Lisa Gasparott____
      Lisa Gasparott
      WILMER CUTLER PICKERING
       HALE AND DORR LLP
      1875 Pennsylvania Avenue NW
      Washington, DC 20037
      Tel: (202) 663-6000
      Fax: (202) 663-6363