## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on  ) <br> Behalf of Nominal Defendant XM Satellite  ) <br> Radio Holdings, Inc., 34 Nelson Place,  ) <br> Tenafly, NJ 07670  ) <br>  ) <br> Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> GARY M. PARSONS, HUGH PANERO,  ) <br> NATHANIEL A. DAVIS, THOMAS J.  ) <br> DONOHUE, EDDY W. HARTENSTEIN,  ) <br> GEORGE W. HAYWOOD, CHESTER A.  ) <br> HUBER, JR., JOHN MENDEL, JARL MOHN,  ) <br> JACK SHAW, 1500 Eckington Place NE,  ) <br> Washington, DC 20002  ) <br>  ) <br> Defendants,  ) <br>  ) <br> and  ) <br>  ) <br> XM SATELLITE RADIO HOLDINGS, INC.,  ) <br> 1500 Eckington Place NE, Washington, DC 20002  ) <br>  ) <br>  ) <br> Nominal Defendant.  ) <br> _____) | **APPEARANCE** <br><br><br><br><br><br><br> Civ. A. No. 1:06-cv-00833-EGS |

To the Clerk of this Court and all parties of record:

-1-

Please enter the appearance of **MICHAEL A. MUGMON** as counsel in this case for: XM Satellite Radio Holdings Inc.

| | |
|---|---|
| June 13, 2006_____ | /s/ Michael A. Mugmon_____ |
| Date | Signature |
| | |
| D.C. Bar No. 485150_____ | Michael A. Mugmon_____ |
| BAR IDENTIFICATION | Print Name |

WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
 Tel: (202) 663-6000

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing APPEARANCE by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 13, 2006 to:

> Kimberly A. Chadwick, Esq.
> Doherty, Sheridan & Persian LLP
> 8408 Arlington Blvd., Suite 200
> Fairfax, VA 22031
> kchadwick@dsp-law.com
>
> William B. Federman, Esq.
> Federman & Sherwood
> 120 North Robinson, Suite 2720
> Oklahoma City, OK 73102
> wfederman@aol.com

      /s/ Lisa Gasparott_____
      Lisa Gasparott
      WILMER CUTLER PICKERING
       HALE AND DORR LLP
      1875 Pennsylvania Avenue NW
      Washington, DC 20037
      Tel: (202) 663-6000
      Fax: (202) 663-6363