## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on Behalf of Nominal Defendant XM Satellite Radio Holdings, Inc., 34 Nelson Place, Tenafly, NJ 07670 )))))<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>GARY M. PARSONS, HUGH PANERO, NATHANIEL A. DAVIS, THOMAS J. DONOHUE, EDDY W. HARTENSTEIN, GEORGE W. HAYWOOD, CHESTER A. HUBER, JR., JOHN MENDEL, JARL MOHN, JACK SHAW, 1500 Eckington Place NE, Washington, DC 20002 )<br><br>Defendants, )<br>)<br>and )<br>)<br>XM SATELLITE RADIO HOLDINGS, INC., 1500 Eckington Place NE, Washington, DC 20002 )<br><br>Nominal Defendant. ) | **CONSENT MOTION TO TRANSFER FOR REASSIGNMENT BASED ON RELATEDNESS**<br><br>Civ. A. No. 1:06-cv-00833-EGS |

Pursuant to LCvR 40.5(c)(2), the parties move to transfer the above-captioned case, Civ. A. No. 1:06-cv-00833-EGS, to the Calendar Committee for reassignment to Judge Ellen S. Huvelle on the basis of the case's relatedness to earlier-filed cases already assigned to Judge Huvelle.

1. XM Satellite Radio Holdings, Inc. ("XM") is a satellite radio service that provides

-1-

pay-for-service radio in the United States and Canada.  Its corporate headquarters are located at 1500 Eckington Place NE, Washington, DC 20002.  Hugh Panero is the President and Chief Executive Officer of XM.

2.  The following related cases have been assigned to Judge Huvelle:  *Satloff v. XM Satellite Radio Holdings Inc.*, Civ. A. No. 1:06-cv-00802-ESH (filed May 1, 2006); *Carey v. XM Satellite Radio Holdings, Inc.*, Civ. A. No. 1:06-cv-00857-ESH (filed May 8, 2006); *Vassiltsov v. XM Satellite Radio Holdings, Inc.*, Civ. A. No. 1:06-cv-00877-ESH (filed May 9, 2006); *Boland v. XM Satellite Radio Holdings Inc.*, Civ. A. No. 1:06-cv-00889-ESH (filed May 10, 2006); *Murphy v. XM Satellite Radio Holdings Inc.*, Civ. A. No. 1:06-cv-00905-ESH (filed May 12, 2006); *Bernstein v. XM Satellite Radio Holdings Inc.*, Civ. A. No. 1:06-cv-00926-ESH (filed May 16, 2006); *Cassel v. XM Satellite Radio Holdings Inc.*, Civ. A. No. 1:06-cv-00929-ESH (filed May 16, 2006); *Davis v. XM Satellite Radio Holdings Inc.*, Civ. A. No. 1:06-cv-00952-ESH (filed May 19, 2006); *Chu v. XM Satellite Radio Holdings Inc.*, Civ. A. No. 1:06-cv-00973-ESH (filed May 24, 2006); and *Frank v. XM Satellite Radio Holdings Inc*., Civ. A. No. 1:06-cv-01057-ESH (filed June 8, 2006) (the "Securities Class Actions").  On June 7, 2006, Judge Huvelle entered an Order consolidating all Securities Class Actions but *Frank v. XM Satellite Radio Holdings Inc*., Civ. A. No. 1:06-cv-01057-ESH, which was filed one day after the Order was entered.

3.  The Securities Class Actions are related to each other under LCvR 40.5(a)(3) because they involve common issues of fact and grow out of the same event or transaction.  Specifically, they are all brought under the Securities Exchange Act of 1934 and allege that XM should have disclosed earlier the increased costs of subscriber acquisitions that the Company

disclosed on February 16, 2006.

4.     Plaintiff Booth Family Trust ("Plaintiff") filed the above-captioned Verified Shareholder Derivative Complaint, Civ. A. No. 1:06-cv-00833-EGS, on May 5, 2006.

5.     Where the existence of related cases is revealed after the cases are assigned, LCvR 40.5(c)(3) permits the Judge assigned the later-numbered case to transfer that case to the Calendar Committee for reassignment to the Judge assigned the earlier case.

6.     Plaintiff's Complaint is related to the Securities Class Actions because it involves common issues of fact and grows out of the same event or transaction at issue in the Securities Class Actions. Upon reassignment of this case to Judge Huvelle, the parties will by separate motion seek to coordinate, but not consolidate, proceedings in this derivative action with those in the Securities Class Actions already before Judge Huvelle.

In light of the foregoing, the parties respectfully request that the above-captioned case be transferred to the Calendar Committee for reassignment to Judge Huvelle.

Respectfully submitted,

Dated: June 13, 2006

WILMER CUTLER PICKERING HALE AND DORR LLP

/s/ Charles E. Davidow_____
Charles E. Davidow, D.C. Bar No. 331702
John A. Valentine, D.C. Bar No. 473072
Michael A. Mugmon, D.C. Bar No. 485150
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for Nominal Defendant*
*XM Satellite Radio Holdings Inc.*

DOHERTY, SHERIDAN & PERSIAN LLP

/s/ Kimberly A. Chadwick_____
Kimberly A. Chadwick, Esq., D.C. Bar No. 47717
8408 Arlington Blvd., Suite 200
Fairfax, VA 22031
kchadwick@dsp-law.com

FEDERMAN & SHERWOOD

/s/ William B. Federman_____
William B. Federman, Esq., D.C. Bar No. 390425
120 North Robinson, Suite 2720
Oklahoma City, OK 73102
wfederman@aol.com

*Attorneys for Plaintiff Booth Family Trust*

-4-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on Behalf of Nominal Defendant XM Satellite Radio Holdings, Inc., 34 Nelson Place, Tenafly, NJ 07670<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GARY M. PARSONS, HUGH PANERO, NATHANIEL A. DAVIS, THOMAS J. DONOHUE, EDDY W. HARTENSTEIN, GEORGE W. HAYWOOD, CHESTER A. HUBER, JR., JOHN MENDEL, JARL MOHN, JACK SHAW, 1500 Eckington Place NE, Washington, DC 20002<br><br>　　　　　　　Defendants,<br><br>and<br><br>XM SATELLITE RADIO HOLDINGS, INC., 1599 Eckington Place NE, Washington, DC 20002<br><br>　　　　　　　Nominal Defendant. | Civ. A. No. 1:06-cv-00833-EGS |

**<u>ORDER</u>**

Upon consideration of the Consent Motion to Transfer for Reassignment Based on Relatedness, it is hereby ORDERED and the Motion is GRANTED and that Civ. A. No. 1:06-cv-00833-EGS shall be transferred to the Calendar Committee for Reassignment to Judge Ellen S. Huvelle.

Date:_____        _____
                                         Judge Emmet G. Sullivan
                                         United States District Court

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served the foregoing CONSENT MOTION TO TRANSFER FOR REASSIGNMENT BASED ON RELATEDNESS by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 13, 2006, to:

    Kimberly A. Chadwick, Esq.
    Doherty, Sheridan & Persian LLP
    8408 Arlington Blvd., Suite 200
    Fairfax, VA 22031
    kchadwick@dsp-law.com

    William B. Federman, Esq.
    Federman & Sherwood
    120 North Robinson, Suite 2720
    Oklahoma City, OK 73102
    wfederman@aol.com

            /s/ Michael A. Mugmon
            Michael A. Mugmon
            WILMER CUTLER PICKERING
             HALE AND DORR LLP
            1875 Pennsylvania Avenue NW
            Washington, DC 20037
            Tel: (202) 663-6000
            Fax: (202) 663-6363