UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on Behalf of Nominal Defendant XM Satellite Radio Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> GARY M. PARSONS, HUGH PANERO, NATHANIEL A. DAVIS, THOMAS J. DONOHUE, EDDY W. HARTENSTEIN, GEORGE W. HAYWOOD, CHESTER A. HUBER, JR., JOHN MENDEL, JARL MOHN, JACK SHAW, <br><br> Defendants, <br><br> and <br><br> XM SATELLITE RADIO HOLDINGS, INC., <br><br> Nominal Defendant. | Civil Action No. 06-0833 (ESH) |

**COORDINATION AND CASE MANAGEMENT ORDER**

It is hereby **ORDERED** that:

1. Pursuant to LCvR 40.5(a)(3), the above-referenced case, *Booth Family Trust v. Parsons*, Civ. No. 06-cv-00833 (the "Derivative Complaint"), is coordinated for pleading and discovery purposes with In re XM Satellite Radio Holdings Securities Litigation, Civ No. 06-cv-00802 (the " Securities Class Actions").

2. Defendants shall not be required to respond to the Derivative Complaint currently pending before the Court.

3. Plaintiff shall file an Amended Derivative Complaint within thirty (30) days after the lead plaintiff in the Securities Class Actions has filed a consolidated amended complaint. The Amended Derivative Complaint shall be the operative complaint and shall supersede the Derivative Complaint.

4. Defendants shall answer, move or otherwise plead to the consolidated complaint within thirty (30) days after service of the Amended Derivative Complaint.

5. If Defendants file any motions directed at the Amended Derivative Complaint, Plaintiff's opposition briefs shall be filed within thirty (30) days of service of the motions. Defendants' reply briefs shall be filed within fifteen (15) days of the service of the opposition briefs.

6. The parties shall serve all papers on each other, which shall be served upon Plaintiffs' and Defendants' local counsel, by e-mail pursuant to LCvR 5.4(c), and by first-class U.S. mail, unless otherwise agreed upon by the parties.

                                                                                                 s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

Date: June 26, 2006