**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on Behalf of Nominal Defendant XM Satellite Radio Holdings, Inc., 34 Nelson Place, Tenafly, NJ 07670<br><br>    Plaintiff,<br><br>  v.<br><br>GARY M. PARSONS, HUGH PANERO, NATHANIEL A. DAVIS, THOMAS J. DONOHUE, EDDY W. HARTENSTEIN, GEORGE W. HAYWOOD, CHESTER A. HUBER, JR., JOHN MENDEL, JARL MOHN, JACK SHAW, 1500 Eckington Place NE, Washington, DC 20002<br><br>    Defendants,<br><br>and<br><br>XM SATELLITE RADIO HOLDINGS, INC., 1500 Eckington Place NE, Washington, DC 20002<br><br>    Nominal Defendant. | Civ. A. No. 1:06-cv-00833-ESH |

**MOTION FOR ADMISSION *PRO HAC VICE***

   In accordance with Local Rule 83.2(d) for United States District Court for the District of Columbia, the undersigned respectfully moves for the *pro hac vice* admission of William B. Federman, of the law firm Federman & Sherwood, 120 N. Robinson, Suite 2720, Oklahoma City, Oklahoma 73102, (405) 235-1560, to appear as co-counsel on behalf of Plaintiff, Booth Family Trust, in the above-styled case only.

William B. Federman certifies that he has studied the Local Rules of this Court and is a member in good standing of the bars of the States of Oklahoma, New York and Texas, and for the United States District Courts for the Western, Northern and Eastern Districts of Oklahoma, the Western, Northern, Eastern and Southern Districts of Texas, the District of Colorado, the Eastern and Southern Districts of New York, the U.S. Court of Appeals for the Second, Fourth, Fifth and Tenth Circuits, the Federal Court of Appeals, and the United States Supreme Court.  Further, Mr. Federman has not requested admission *pro hac vice* in any other cause in this jurisdiction during the past two (2) years.  In further support of this motion, it is hereby designated that Kimberly A. Chadwick is a member of the bar of this Court and maintains an office in this District for the practice of law.  She is a person to whom the Court and counsel may readily communicate and upon whom papers may be served.

DATED: July 24, 2006.

Respectfully submitted,

DOHERTY, SHERIDAN & PERSIAN LLP

/s/ Kimberly A. Chadwick
Kimberly A. Chadwick, Esq., D.C. Bar No. 47717
8408 Arlington Blvd., Suite 200
Fairfax, VA 22031
kchadwick@dsp-law.com

FEDERMAN & SHERWOOD
William B. Federman, Esq., D.C. Bar No. 390425
120 North Robinson, Suite 2720
Oklahoma City, OK 73102
wfederman@aol.com

*Attorneys for Plaintiff Booth Family Trust*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing by placing a copy of the same in the U.S. mail system, postage prepaid, on July 24, 2006, to:

Charles Edward Davidow
Christopher J. Herrling
WILMER, CUTLER, PICKERING, HALE & DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006

Michael A. Mugmon
WILMER, CUTLER, PICKERING, HALE & DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006

_____
Kimberly A. Chadwick