IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on Behalf of Nominal Defendant XM Satellite Radio Holdings, Inc., 34 Nelson Place, Tenafly, NJ 07670<br><br>Plaintiff,<br><br>v.<br><br>GARY M. PARSONS, HUGH PANERO, NATHANIEL A. DAVIS, THOMAS J. DONOHUE, EDDY W. HARTENSTEIN, GEORGE W. HAYWOOD, CHESTER A. HUBER, JR., JOHN MENDEL, JARL MOHN, JACK SHAW, 1500 Eckington Place NE, Washington, DC 20002<br><br>Defendants,<br><br>and<br><br>XM SATELLITE RADIO HOLDINGS, INC., 1500 Eckington Place NE, Washington, DC 20002<br><br>Nominal Defendant. | Civ. A. No. 1:06-cv-00833-ESH |

### DECLARATION BY WILLIAM B. FEDERMAN
### IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, William B. Federman, Esq., hereby request leave of the Court to appear in the above-entitled action as counsel *Pro Hac Vice,* pursuant to Local Rule 83.2(d). I have been retained to so appear in association with Kimberly A. Chadwick., of the firm Doherty, Sheridan & Persian, LLP, 8408 Arlington Blvd., Suite 200, Fairfax, Virginia, 22031 (703) 698-7700, who is counsel of record for Plaintiffs, and is an active member,

1

in good standing, of the State Bar of District of Columbia, and submit the following information for consideration by the Court:

1. My residence address is: 6708 N.W. Grand Boulevard, Oklahoma City, OK, 73116.

2. My firm name and address are: FEDERMAN & SHERWOOD, 120 N. Robinson, Suite 2720, Oklahoma City, OK 73102, Telephone: (405)235-1560.

3. I am a member in good standing to practice law in the following state and federal courts or bar associations:

   (a) Oklahoma, 1982;

   (b) New York, 1988,

   (c) Texas, 1995;

   (d) U.S.D.C. for the Western, Northern and Eastern Districts of Oklahoma;

   (e) U.S.D.C. for the Western, Northern, Eastern and Southern Districts of Texas;

   (f) U.S.D.C. of Colorado;

   (g) U.S.D.C. for the Eastern and Southern Districts of New York;

   (h) U.S. Court of Appeals for the Tenth, Second, Fourth and Fifth Circuits;

   (i) Federal Circuit Court of Appeals; and

   (j) the United States Supreme Court.

4. I am not currently suspended or disbarred in any court.

5. I have never received any notices of disciplinary action by any bar.

I:\XMSatelliteRadio\Pleadings\DeclarationPHV-WBF.doc

6.  I have not requested admission *pro hac vice* in any other cause in this jurisdiction during the past two (2) years.

7.  I am a non-practicing member of the bar of the District of Columbia, and have been a member since 1985.

8.  I declare under penalty of perjury under the laws of the District of Columbia and Oklahoma that this application is true and correct.

DATED: July 3, 2006.

_____
William B. Federman, Esq.