# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on Behalf of Nominal Defendant XM Satellite Radio Holdings, Inc., 34 Nelson Place, Tenafly, NJ 07670<br><br>           Plaintiff,<br><br>v.<br><br>GARY M. PARSONS, HUGH PANERO, NATHANIEL A. DAVIS, THOMAS J. DONOHUE, EDDY W. HARTENSTEIN, GEORGE W. HAYWOOD, CHESTER A. HUBER, JR., JOHN MENDEL, JARL MOHN, JACK SHAW, 1500 Eckington Place NE, Washington, DC 20002<br><br>           Defendants,<br><br>and<br><br>XM SATELLITE RADIO HOLDINGS, INC., 1500 Eckington Place NE, Washington, DC 20002<br><br>           Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civ. A. No. 1:06-cv-00833-ESH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

      Before the Court is the Motion of Kimberly A. Chadwick, counsel in the above matter, to have William B. Federman admitted *pro hac vice* to practice before this Court on behalf of Plaintiff in the above matter. The Court finds that the Order should be granted.

IT IS, THEREFORE, ORDERED that William B. Federman be admitted to practice before this Court for the limited purpose of appearing *pro hac vice* in the above-styled case.

IT IS FURTHER ORDERED that the admission of William B. Federman is conditioned on the continued appearance in the case of an active, resident member of the District of Columbia Bar, upon whom service as to all matters connected with this action may be made with the same effect as if made upon William B. Federman within the State of Oklahoma.

DATED this _____ day of July, 2006.

_____
DISTRICT COURT JUDGE