## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on Behalf of Nominal Defendant XM Satellite Radio Holdings, Inc., 34 Nelson Place, Tenafly, NJ 07670<br><br>    Plaintiff,<br><br> v.<br><br>GARY M. PARSONS, HUGH PANERO, NATHANIEL A. DAVIS, THOMAS J. DONOHUE, EDDY W. HARTENSTEIN, GEORGE W. HAYWOOD, CHESTER A. HUBER, JR., JOHN MENDEL, JARL MOHN, JACK SHAW, 1500 Eckington Place NE, Washington, DC 20002<br><br>    Defendants,<br><br>and<br><br>XM SATELLITE RADIO HOLDINGS, INC., 1500 Eckington Place NE, Washington, DC 20002<br><br>    Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. A. No. 1:06-cv-00833-ESH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, FEDERMAN & SHERWOOD has moved.  The firm's new mailing address is as follows:

    **FEDERMAN & SHERWOOD**
    **10205 N. Pennsylvania Ave.**
    **Oklahoma City, OK  73120**
    **Telephone:  (405) 235-1560**
    **Facsimile:  (405) 239-2112**

1

| | |
|---|---|
| September 12, 2006 | Respectfully Submitted, |
| | /s/ William B. Federman |
| | William B. Federman |
| | FEDERMAN & SHERWOOD |
| | 10205 N. Pennsylvania Ave. |
| | Oklahoma City, OK  73120 |
| | (405) 235-1560/FAX: (405) 239-2112 |
| | -and- |
| | 2926 Maple Avenue, Suite 200 |
| | Dallas, TX 75201 |
| | wfederman@aol.com |
| | ***Attorney for Plaintiff*** |

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 12, 2006, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants who are currently on the list to receive email notices for this case:

Kimberly Anne Chadwick
kchadwick@dsp-law.com

Charles Edward Davidow
Charles.davidow@wilmerhale.com

Michael A. Mugmon
Michael.mugmon@wilmerhale.com

                        /s/ William B. Federman
                        William B. Federman

I:\XMSatelliteRadio\Pleadings\NoticofAddressChange.doc