UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on Behalf of Nominal Defendant XM Satellite Radio Holdings, Inc., 34 Nelson Place, Tenafly, NJ 07670<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GARY M. PARSONS, HUGH PANERO, NATHANIEL A. DAVIS, THOMAS J. DONOHUE, EDDY W. HARTENSTEIN, GEORGE W. HAYWOOD, CHESTER A. HUBER, JR., JOHN MENDEL, JARL MOHN, JACK SHAW, STEPHEN COOK, JOSEPH M. TITLEBAUM, AND STELIOS PATSIOKAS<br><br>　　　　　Defendants,<br><br>and<br><br>XM SATELLITE RADIO HOLDINGS, INC., 1500 Eckington Place NE, Washington, DC 20002<br><br>　　　　　Nominal Defendant. | Civ. A. No. 1:06-cv-00833-ESH |

**NOTICE OF CHANGE OF ADDRESS AND CHANGE OF FIRM**

To the Clerk of this Court and all parties of record:

Please note that, effective January 2, 2007, the address and firm name of Charles E. Davidow, Esq., formerly listed as WILMER CUTLER PICKERING HALE AND DORR LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006, (202) 663-6000, has changed to PAUL, WEISS, RIKFIND, WHARTON & GARRISON LLP, 1615 L Street NW, Suite 1300, Washington, DC 20036-5694, (202) 223-7380.  The e-mail address has changed from charles.davidow@wilmerhale.com to cdavidow@paulweiss.com.

|  |  |
|---|---|
|  | Respectfully submitted, |
| ____January 5, 2007_____ <br> Date | ___/s/ Charles E. Davidow_____ <br> Signature |
| D.C. Bar No. 331702_____ <br> BAR IDENTIFICATION | _____Charles E. Davidow_____ <br> Print Name |
|  | PAUL, WEISS, RIKFIND, WHARTON & GARRISON LLP <br> 1615 L Street NW, Suite 1300 <br> Washington, DC 20036-5694 <br> Telephone: (202) 223-7380 <br> Facsimile: (202) 223-7480 <br> cdavidow@paulweiss.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing NOTICE OF CHANGE OF ADDRESS AND CHANGE OF FIRM by e-mail and/or by placing a copy of the same in the U.S. mail system, postage prepaid, on January 5, 2007 to:

Nancy M. Juda, Esq.
LEARACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
1100 Connecticut Avenue NW, Suite 730
Washington, DC 20036
*Counsel for Morris Satloff and the Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Jr., Esq.
LEARACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
*Counsel for Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Deborah R. Gross, Esq.
LAW OFFICES OF BERNARD M. GROSS, P.C.
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
*Counsel for Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Robert Sugarman, Esq.
SUGARMAN AND SUSSKIND
2801 Ponce De Leon, Suite 750
Coral Gables, FL 33134
*Counsel for Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Nancy A. Kulesa
SCHATZ NOBEL IZARD, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Tel: (860) 493-6292
Fax: (860) 493-6290
nkulesa@snlaw.net
*Counsel for Boca Raton Firefighters and Police Pension Fund and Plumbers Local 267 Pension Fund*

Kimberly A. Chadwick, Esq.
DOHERTY, SHERIDAN & PERSIAN LLP
10550 Linden Lake Plaza, Suite 300
Manassas, VA 20109
*Counsel for Booth Family Trust*

William B. Federman, Esq.
FEDERMAN & SHERWOOD
120 North Robinson, Suite 2720
Oklahoma City, OK 73102
*Counsel for Booth Family Trust*

                                                              /s/ Lisa Gasparott_____
Lisa Gasparott
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363