# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOOTH FAMILY TRUST, derivatively on behalf of Nominal Defendant XM Satellite Radio Holdings, Inc._____Plaintiff,____v.____GARY M. PARSONS, HUGH PANERO, NATHANIEL A. DAVIS, THOMAS J. DONOHUE, EDDY W. HARTENSTEIN, GEORGE W. HAYWOOD, CHESTER A. HUBER, JR., JOHN MENDEL, JARL MOHN JACK SHAW, STEPHEN COOK, JOSEPH M. TITLEBAUM AND STELIOS PATSIOKAS,____Defendants,__and__XM SATELLITE RADIO HOLDINGS, INC., | Case No. 06-cv-00833 |

## NOTICE OF VOLUNTARY \DISMISSAL WITHOUT PREJUDICE

Please take notice that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, The Booth Family Trust hereby voluntarily dismisses this action in its entirety without prejudice and with each party to bear its own attorney fees and costs.

1

          Respectfully Submitted,


          s/William B. Federman
          William B. Federman
          Attorneys for Plaintiff
          **FEDERMAN & SHERWOOD**
          10205 N. Pennsylvania Ave.
          Oklahoma City, Oklahoma 73120
          Telephone: (405) 235-1560
          Fax: (405) 239-2112
          wfederman@aol.com

          -and-

          Kimberly A. Chadwick
          **DOHERTY, SHERIDAN & PERSIAN LLP**
          8408 Arlington Blvd., Suite 200
          Fairfax, VA 22031
          Telephone: (703) 698-7700
          Fax: (703) 641-9645
          kchadwick@dsp-law.com


## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 7, 2007, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants who are currently on the list to receive email notices for this case:

Charles Edward Davidow
Charles.davidow@wilmerhale.com

Michael A. Mugmon
Michael.mugmon@wilmerhale.com

Christopher J. Herrling
cherrling@wilmer.com

                                   _s/William B. Federman_____
                                   William B. Federman

I:\XMSatelliteRadio\Pleadings\NoticeVoluntaryDismissal.doc